1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  STEPHEN TURNER
6

7

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| 10  STEPHEN TURNER, an individual | Case No.: 2:24-cv-01557-DDP-RAO |
| 11           Plaintiff, | |
| 12        vs. | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| 13 NEW FULLERTON CAR WASH, a California corporation; GG'S CAR WASH, INC., A California corporation; | |
| 16           Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff STEPHEN TURNER ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revalent part:

(a) **Voluntary Dismissal.**

   (1) By the Plaintiff.

      (A)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

         (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant GG'S CAR WASH, INC., a California corporation has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed without prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: October 21, 2024

_____/s/ Pamela Tsao_____<br>Pamela Tsao, attorney for Plaintiff<br>STEPHEN TURNER

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT**
**2:24-CV-01557-DDP-RAO**